# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| GLORIA S. TINZIE | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:11CV00683 SWW |
| ARKANSAS DEPARTMENT OF | * | |
| WORKFORCE SERVICES | * | |
| | * | |
| Defendant | | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 12TH DAY OF MARCH, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE